JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| GLEN KELLEY, | Case No. 2:22-cv-05814-FLA (ASx) |
|---|---|
| Plaintiff, | **JUDGMENT** |
| v. | |
| FUNDOMATE, INC., *et al.*, | |
| Defendants. | |

Plaintiff Glen Kelley ("Plaintiff") brings this action against Defendants Fundomate, Inc. ("Fundomate"), Fundomate, LLC, and Sam Schapiro ("Schapiro") (collectively, "Defendants") for: (1) breach of written contract; (2) fraudulent inducement; (3) religious discrimination in employment in violation of the Fair Employment and Housing Act ("FEHA"); (4) religious harassment in employment in violation of FEHA; (5) failure to prevent discrimination and harassment in violation of FEHA; (6) wrongful termination in violation of public policy; and (7) waiting time penalties.  All claims have been resolved.

Accordingly, the court ADJUDGES as follows:

- Judgment is ENTERED in favor of Plaintiff and against Fundomate for breach of written contract.  Plaintiff is AWARDED damages in the amount of $5,048.08 against Fundomate.

- Judgment is ENTERED in favor of Plaintiff and against Schapiro and Fundomate for fraudulent inducement.  Plaintiff is AWARDED damages in the amount of $300,000 against Schapiro and Fundomate, jointly and severally.

- Judgment is ENTERED in favor of Plaintiff and against Fundomate for (1) religious harassment in employment in violation of FEHA and (2) failure to prevent discrimination and harassment in violation of FEHA.  Plaintiff is AWARDED damages in the amount of $300,000 against Fundomate.

- Judgment is ENTERED in favor of Plaintiff and against Fundomate for waiting time penalties.  Plaintiff is AWARDED damages in the amount of $21,634.62.

- Plaintiff is AWARDED $2,205.94 in prejudgment interest.

IT IS SO ORDERED.

Dated: March 31, 2025

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge