Name Matthew Oster, [SBN 190541]
Address 11400 West Olympic Blvd., Fl 9
City, State, Zip Los Angeles, CA 90064
Phone (310) 478-4100
Fax (310) 479-1422
E-Mail moster@wrslawyers.com
☐ FPD ☐ Appointed ☐ CJA ☐ Pro Per ☒ Retained

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Glen Kelley<br><br>PLAINTIFF(S),<br>v.<br>Fundomate, Inc., Fundomate, LLC, and Sam Schapiro<br><br>DEFENDANT(S). | CASE NUMBER:<br>2:22 -cv- 05814-FLA-AS<br><br>**NOTICE OF APPEAL** |

NOTICE IS HEREBY GIVEN that Fundomate, LLC and Sam Schapiro hereby appeals to
*Name of Appellant*
the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

**Civil Matter**

☐ Order (specify):

☒ Judgment (specify):
Entered in favor of Plaintiff

☐ Other (specify):

Imposed or Filed on March 31, 2025. Entered on the docket in this action on March 31, 2025.

A copy of said judgment or order is attached hereto.

April 23, 2025
Date

Signature
☐ Appellant/ProSe ☒ Counsel for Appellant ☐ Deputy Clerk

**Note:** The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party. Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).