LAZARSKI LAW PRACTICE, P.C.
Bryan J. Lazarski (SBN 248349)
1901 Avenue of the Stars, Ste. 224
Los Angeles, CA 90067
Tel: (323) 952-3200
Fax: (310) 461-1304
bryan@lazarskilaw.com
Attorneys for Plaintiff
GLEN KELLEY

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GLEN KELLEY, an individual Nevada Citizen,<br>Plaintiffs.<br><br>vs.<br><br>FUNDOMATE, INC., a California Corporation; FUNDOMATE, LLC, a Delaware Limited Liability Company; SAM SCHAPIRO, an individual California citizen, and DOES 1-10, inclusive, ,<br>Defendants. | Case No. 2:22-cv-05814-FLA-AS<br><br>**PLAINTIFF GLEN KELLEY'S NOTICE OF SETTLEMENT**<br><br>Judge: Hon. Fernando L. Aenlle-Rocha |

Plaintiff Glen Kelley, by and through his attorney of record, hereby provides notice to the Court that a settlement of all post-trial matters pending between the Parties has been reached, and therefore Plaintiff requests that his pending Motion for Attorneys Fees and Costs [Dkt. Nos. 128, 131, 133 and 140] be dismissed as moot. Plaintiff reserves all further rights to the extent necessary to enforce the settlement or judgment.

DATED: October 8, 2025

LAZARSKI LAW PRACTICE, P.C.

By ______________________________

Bryan J. Lazarski
Attorney for Plaintiff Glen Kelley