UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

OCT 17 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| GLEN KELLEY, an individual, Nevada citizen,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>FUNDOMATE, INC., a California corporation; et al.,<br><br>Defendants - Appellants,<br><br>and<br><br>DOES 1-10, inclusive,<br><br>Defendant. | No. 25-2714<br><br>D.C. No.<br>2:22-cv-05814-FLA-AS<br>Central District of California,<br>Los Angeles<br><br>ORDER |
| GLEN KELLEY,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>FUNDOMATE, INC. and FUNDOMATE, LLC,<br><br>Defendants,<br><br>and<br><br>SAM SCHAPIRO,<br><br>Defendant - Appellee. | No. 25-2994<br>D.C. No.<br>2:22-cv-05814-FLA-AS<br>Central District of California,<br>Los Angeles |

Pursuant to the stipulation of the parties (Docket Entry No. 15), these appeals are voluntarily dismissed. Fed. R. App. P. 42(b). The parties shall bear their own costs and attorneys' fees on appeal.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT:

By: Jonathan Westen
Circuit Mediator